## CHANDLER v. HOCKETT'S AAMINISTRATOR.

1. ADMINISTRATION: FILING CLAIMS.   The filing of a claim within six months after the notice was given by the administrator, of his appointment, entitles it to payment before those filed after the expiration, even though it is not admitted by the administrator, or found upon by the court, until after six months.

*Appeal from  Warren  District  Court.*

FRIDAY, OCTOBER 18.

*Williamson* for the appellant.

*Maxwell* for the appellee.

WRIGHT, J.—Claims *filed* within six months after the notice given by the administrator of his appointment, are payable by him before those *filed* after that time. And it makes no difference when *filed* before, that they were not admitted by the administrator, or passed upon by the county court, until after six months. Code of 1851, § 1372. Rev. 1861, § 2404.

Affirmed.